UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILIP G. WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AUTOMAR, et al.,<br><br>    Defendants. | Civ. No. 04-4726<br><br>**ORDER OF REASSIGNMENT** |

It is on this   12th   day of June, 2007,

ORDERED that the entitled action is reassigned from

JUDGE JOSE L. LINARES to JUDGE GARRETT E. BROWN, JR.

 

s/Garrett E. Brown, Jr.
**HONORABLE GARRETT E. BROWN, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**